# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLY RUBEN,<br><br>             Plaintiff,<br>     v.<br>MARINA CITY CLUB CONDOMINIUM OWNERS ASSOCIATION; SEABREEZE MANAGEMENT COMPANY, INC.; and DOES 1 to 10,<br><br>             Defendants. | Case No. 2:13-cv-01628-ODW(JEMx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT [31]** |

On January 21, 2014, a Mediation Report was filed stating that this case has completely settled.  (ECF No. 31.)  Local Rule 16-15.7 requires counsel to *immediately* notify the Court when settlement is reached.  A Notice of Settlement has not yet been filed.  The Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Friday, January 31, 2014** why a Notice of Settlement has not been filed.  No hearing will be held.

**IT IS SO ORDERED.**

January 27, 2014

_____
                         **OTIS D. WRIGHT, II**
            **UNITED STATES DISTRICT JUDGE**