# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLY RUBEN,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MARINA CITY CLUB CONDOMINIUM OWNERS ASSOCIATION; SEABREEZE MANAGEMENT COMPANY, INC.; and DOES 1 to 10,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-01628-ODW(JEMx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the representations made in the Notice of Settlement (ECF No. 33.), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Friday, March 14, 2014**, why settlement has not been finalized. No hearing will be held on this matter. All other dates are **VACATED** and taken off calendar. This order to show cause will be vacated upon the filing of a stipulation to dismiss and proposed order of dismissal.

**IT IS SO ORDERED.**

January 28, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**